Case 1:25-cr-00139-SDG-LRS   Document 1   Filed 03/09/25   Page 1 of 3

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Mar 09 2025

KEVIN P. WEIMER, Clerk

By: Sonya Nuckolls
   Deputy Clerk

# United States District Court
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Patrick Joseph Cashman

**CRIMINAL COMPLAINT**

Case Number: 1:25-MJ-232

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 8, 2025 in Clayton County, in the Northern District of Georgia, defendant(s) did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, that is, an officer or employee of the United States, while engaged in or on account of the performance of official duties,

in violation of Title 18, United States Code, Section 111(a)(1).

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

*Scott Pharis*
Signature of Complainant
Scott Pharis

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

March 9, 2025                                            at   Atlanta, Georgia
Date                                                           City and State

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE                          *Russell G. Vineyard*
Name and Title of Judicial Officer                       Signature of Judicial Officer
AUSA Paul Jones
Paul.Jones@usdoj.gov

# AFFIDAVIT

I, Scott Pharis, depose and say under penalty of perjury:

## INTRODUCTION AND AGENT BACKROUND

1. I am a Special Agent ("SA") with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"). I have been employed by HSI since November of 2010. I am currently assigned to the Office of the Special Agent in Charge, Atlanta, Georgia, Hartsfield-Jackson International Airport Group, Border Enforcement Security Task Force ("BEST"). Prior to joining HSI, I was an Officer in the U.S. Army. I am a graduate of the Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, where I received training in violations of criminal and immigration law as well the preparation and execution of search and arrest warrants. I also hold a Bachelor's Degree.

2. The information contained in this affidavit is not an exhaustive account of everything your affiant knows about this case. Rather, it contains only the facts that your affiant believes are necessary to establish probable cause in support of a criminal complaint against Patrick Joseph CASHMAN for a violation of Title 18, United States Code, Section 111(a)(1).

3. The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation.

## RELEVANT STATUTES

4. This investigation concerns alleged violations of Title 18, United States Code, Section 111(a)(1), that is, forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with any person who is an officer or employee of the United States or of any agency in any branch of the United States Government, as designated in Title 18, United States Code, Section 1114, while engaged in or on account of the performance of official duties.

## DETAILS OF INVESTIGATION

5. On or about March 8, 2025, Patrick Joseph CASHMAN arrived at the Hartsfield-Jackson International Airport, Clayton County, Georgia, arriving from Amsterdam, Netherlands, a place outside the United States, aboard Delta Airlines Flight 75. CASHMAN entered the Customs Territory of the United States via international arrival concourse F at Hartsfield-Jackson Atlanta International Airport, Clayton County, Georgia, in the Northern District of Georgia. CASHMAN's itinerary showed that he was travelling from Amsterdam, Netherlands into Atlanta, Georgia, then continuing on to Portland Oregon.

6. At Primary Inspection, CASHMAN, a United States Citizen, entered the U.S. Customs Federal Inspection area. At approximately 4:17 p.m., CASHMAN approached the primary inspection booth 29 with his phone in his hand at shoulder level. An employee from TBI Airport management observed CASHMAN and approached him and told him he was not allowed to record. The TBI employee told Customs and Border Protection (CBP) Officer McIntosh that CASHMAN was recording. CASHMAN placed his cell phone into a shirt pocket. CBP Officer McIntosh admitted CASHMAN as a United States Citizen at approximately 4:18 p.m.

7. At approximately 4:19 p.m. as CASHMAN passed the primary booth and began to walk towards baggage claim. At this point, he was still in the U.S. Customs Federal Inspection area. CASHMAN took out his phone and appeared to be taking photographs or videos with his cellular phone held above his head. CBP Officer Alexander Wright, who was in the area of booths 33-34, approached CASHMAN and told him recording was prohibited in that area. CBP Officer Wright requested CASHMAN delete the footage, and CASHMAN replied he did not have to. CBP Officer Wright then instructed CASHMAN "sir come here," and a few seconds later CBP Officer Wright said, "give me your passport."

8. According to CBP Officer Wright, CASHMAN refused to present his passport, and when CASHMAN failed to present his passport, CBP Officer Foy and CBP Officer Wright attempted to gain control of CASHMAN's arms to initiate an Escort Hold and escort him to Baggage Secondary. CASHMAN became actively resistant, by immediately clinching his body and placing his hand in his pockets. CASHMAN refused to remove his hands from his pockets and subsequently swung his head towards Officer Wright's upper torso and head area, striking Officer Wright in the chest area with his head.

9. During the struggle, Officer Wright can be heard on recorded audio telling CASHMAN "you're going to baggage," that is, the baggage secondary inspection area. Your affiant has reviewed video surveillance of parts of the incident. Shortly after CBP Officers Foy and Wright take CASHMAN's arms, he pulls his arm loose and swings his arm over the top of Officer Wright's arm, striking Officer Wright in the arm. CASHMAN was then taken to the ground by additional CBP officers and placed in handcuffs. CASHMAN was then taken to a holding cell in the secondary baggage area.

**CONCLUSION**

10. Based on the foregoing, your affiant believes that there is probable cause that on or about March 8, 2025, in Atlanta, Georgia in the Northern District of Georgia, Patrick Joseph CASHMAN did violate Title 18, United States Code, Section 111(a)(1), in that he did resist, impede or interfere with a United States employee while engaged in or on account of the performance of official duties.