**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 0 1 2025

KEVIN P. WEIMER, Clerk
By: CaM   Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK JOSEPH CASHMAN | Criminal Indictment<br><br>No. **1:25 CR 139** |

THE GRAND JURY CHARGES THAT:

On or about March 8, 2025, in the Northern District of Georgia, the defendant, PATRICK JOSEPH CASHMAN, did forcibly assault, resist, oppose, impede, intimidate, and interfere with persons who are designated in Title 18, United States Code, Section 1114, that is, Customs and Border Protection officers whose identities are known to the Grand Jury, while the officers were then engaged in the performance of their official duties, and caused physical contact and inflicted bodily injury, in violation of Title 18, United States Code, Sections 111(a) and (b).

A ___TRUE___ BILL

_____
FOREPERSON

RICHARD S. MOULTRIE, JR.
 *Acting United States Attorney*

PAUL R. JONES
 *Assistant United States Attorney*
Georgia Bar No. 402617

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181