U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2025R00225)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 0 1 2025

KEVIN P. WEIMER, Clerk
By: ℓew  Deputy Clerk

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:  Clayton

DISTRICT COURT NO.  **1:25CR139**

MAGISTRATE CASE NO.  1:25-mj-00232

X Indictment
DATE: April 1, 2025

Information
DATE:

X Magistrate's Complaint
DATE: March 9, 2025

**UNITED STATES OF AMERICA**
vs.
**PATRICK JOSEPH CASHMAN**

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   Yes   X No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   X Yes   No
Defendant is released on bond from: Clayton County on March 9, 2025
Will the defendant require an interpreter?   Yes   X No

District Judge:
Magistrate Judge:

Attorney: Paul R. Jones
Defense Attorney: